IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. 16-cr-30131-DRH

CESAR LOZANO, GILBERT DELEON,
EDWARD SHIELDS, BALDEMAR SOLIS,
and XAVIER SCOTT,

    Defendants.

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On March 6, 2017, the Court signed an Order granting defendant Deleon's motion to continue and continued the trial to August 28, 2017 as to the arraigned defendants (Doc. 67). For clarity purposes regarding speedy trial of all the defendants, the Court notes that the continuance applies to *all* defendants in this case. [1]

**IT IS SO ORDERED.**

Signed this 7th day of March, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.03.07 16:43:29 -06'00'

**United States District Judge**

---

[1] The Court once again notes that trial is set only as to defendants Deleon, Shields, and Scott at this time. When the other defendants are arraigned, the Court will set a consistent trial date applied to all defendants. The Speedy Trial clock begins to run on the date of the last defendant's initial appearance, which is usually arraignment. *United States v. Farmer*, 543 F.3d 363, 368 (7th Cir. 2008).